People of the State of Illinois, Plaintiff-Appellee, v. Daniel Pigford and Charles Neely, Defendants-Appellants.

Gen. No. 49,418.

First District, Second Division.
March 24, 1964.

Stephen Lee, of Chicago, for appellants; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney of Cook County, Fred G. Leach and E. Michael O'Brien, Assistant Attorneys General, and Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**